**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. VONTEE, INC. d/b/a YUKON ON WHEELS, an Oklahoma Domestic Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>1. UNITED NATIONAL INSURANCE COMPANY, INC., a foreign for profit Insurance Corporation, and<br>2. UNITED NATIONAL INSURANCE COMPANY, an inactive foreign for profit Insurance Corporation,<br><br>        Defendants. | Case No.:   CIV-16-287-M |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Vontee, Inc. d/b/a Yukon on Wheels, and defendants, United National Insurance Company and United National Insurance Company, Inc., pursuant to Rule 41(a)(1)(A)(ii), FRCP, stipulate to the dismissal of this lawsuit with prejudice.

        Respectfully submitted,

        s/Michael D. McGrew
        Michael D. McGrew, OBA #013167
        McGrew, McGrew & Associates, PC
        400 N. Walker, Suite 115
        Oklahoma City, OK 73102
        (405) 235-9909 Telephone
        (405) 235-9929 Facsimile
        mcgrewslaw@yahoo.com
        ATTORNEYS FOR THE PLAINTIFF

        *-and-*

s/Roger N. Butler, Jr.
ROGER N. BUTLER, JR., OBA #13668
SECREST HILL BUTLER & SECREST
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
rbutler@secresthill.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of September, 2016, I electronically submitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrant:

Michael D. McGrew
mcgrewslaw@yahoo.com
*Counsel for Plaintiff*

s/Roger N. Butler
